IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07-63T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07- |
| | : | In violation 18 U.S.C. § 287 |
| | : | |
| EDWIN PERALTA | : | |

FILED
APR 17 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

On or about the 25th day of January, 2003, in the District of Rhode Island, the defendant, EDWIN PERALTA, a resident of Rhode Island, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, or fraudulent, by preparing and causing to be prepared, a U.S. Individual Income Tax Return, Form 1040, in the name of another individual, which was presented to the United States Treasury Department, through the Internal Revenue Service, wherein he claimed a refund of taxes in the amount of $1,312.00, knowing such claim to be false, fictitious, or fraudulent.

In violation of Title 18, United States Code, Section 287.

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 4-17-07