AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

UNITED STATES OF AMERICA
v.
EDWIN PERALTA

APPEARANCE

CASE NUMBER: CR-07-63T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDWIN PERALTA

I certify that I am admitted to practice in this court.

4-23-07
Date

[signature]
Signature

JOHN J. BEVILACQUA — 0420
Print Name — Bar Number

380 Broadway
Address

Prov. RI — 02909
City — State — Zip Code

274 7444 — 274 5566
Phone Number — Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.