O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
EDWIN PERALTA

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-63T

I, EDWIN PERALTA, the above named defendant, who is accused of

filing a false tax return

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 23 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

EDWIN PERALTA [signature]
Defendant

JOHN BEVILACQUA [signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ