IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-63T |
| | : | |
| | : | |
| EDWIN PERALTA | : | |

**MOTION TO CONTINUE SENTENCING DATE**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests this Court to continue the date for sentencing in this matter for a period of three (3) months. As reason for this Motion, the government states as follows:

On June 11, 2007, the defendant pled guilty to an Information charging one count of Making a False Claim to the United States, in violation of 18 U.S.C. §287. The plea was entered pursuant to a cooperation plea agreement. The defendant is presently scheduled to be sentenced on September 12, 2007.

The defendant has provided information to the government, and the government anticipates that it will be filing a motion under §5K1.1 of the Guidelines. However, there are additional investigative steps that need to be taken by the government, including seeking additional information from the defendant, before the full scope of the defendant's cooperation can be evaluated. Since the defendant's cooperation is continuing, and the government's investigation of this matter is continuing, the government requests a three month continuance in the date set for sentencing.

The government has discussed this Motion with John Bevilacqua, Esq., counsel for the defendant, and he has stated that he does not object to the granting of this motion for continuance.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2007 I caused the within Government's Motion to Continue Sentencing Date to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

John Bevilacqua, Esq.
380 Broadway
Providence, RI 02909

U.S. Probation Office
36 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich

Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov