IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-63T |
| | : | |
| EDWIN PERALTA | : | |

GOVERNMENT'S MOTION TO IMPOSE SENTENCE
PURSUANT TO U.S.S.G. § 5K1.1

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, Andrew J. Reich, Assistant U.S. Attorney, and Stephen G. Dambruch, Assistant U.S. Attorney, and moves this Honorable Court, to impose sentence pursuant to U.S.S.G. § 5K1.1 on the ground of substantial assistance in the investigation of another person, for the reasons stated in the accompanying Memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

/s/ Stephen G. Dambruch
Stephen G. Dambruch
Criminal Chief
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2008, I caused the within Government's Motion to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

John Bevilacqua, Esq.
380 Broadway
Providence, RI 02909

U.S. Probation Office
36 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

/s/ Stephen G. Dambruch
Stephen G. Dambruch
Criminal Chief
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: stephen.dambruch@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-63T |
| | : | |
| | : | |
| EDWIN PERALTA | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. § 5K1.1**

The United States moves, pursuant to U.S.S.G. § 5K1.1, for a downward departure from the sentencing guidelines for the defendant on the ground that he has provided substantial assistance to law enforcement authorities in the investigation of another person who has committed offenses.

Factual Background

The Internal Revenue Service (IRS) initiated a criminal tax investigation in the alleged submission of false federal income tax returns for the purpose of generated refund checks from the federal government. Around March 2007, the defendant, Edwin Peralta, was contacted, at which time he both admitted to his involvement in the fraudulent scheme, and also implicated his former brother-in-law in the scheme.

The defendant explained to government investigators that his former brother-in-law operated a tax preparation business in Providence, R.I., and that he, Peralta was employed as a maintenance worker at the Echo Valley apartments in West Warwick, Rhode Island. Peralta ended up working in his brother-in-law's office as a secretary for a few weeks. Peralta stated that during that time his brother-in-law showed Peralta how he obtained false identification documents relating to individuals residing in Puerto Rico, and how he submitted false federal

income tax returns on their behalf. The tax returns included false Schedules Cs and dependant information, which resulted in the issuance of refund checks. The refund checks were directed to addresses to which the former brother-in-law had access.

Peralta stated that his former brother-in-law instructed Peralta on how to create the false tax returns and obtain refunds. The former brother-in-law and Peralta created a few returns together, and they split the refund checks. After that, Peralta created false federal income tax returns on his own. He obtained identity information for these returns from housing applications that were kept in the office of the Echo Valley Apartments.

Peralta directed the refund checks on the false tax returns to a variety of addresses in Providence and at the Echo Valley Apartments in West Warwick to which he had access. The majority of the refund checks were cashed at “Johnny’s Cash Checking” on Broad Street in Providence. The former brother-in-law knew the owner of “Johnny’s Cash Checking”, and it was through this relationship that Peralta was able to cash third party checks at “Johnny’s”.

In addition to consenting to interviews by federal investigators, on March 21, 2007, Peralta testified before a federal grand jury regarding the circumstances of the false claims.

On June 11, 2007, Peralta plead guilty to a one count Information charging False Claims, in violation of 18 U.S.C. §287.

Although the government made a concerted effort to develop sufficient evidence to charge the brother-in-law with false claims offenses, it was unable to do so. The inability to develop such evidence was not due, however, to a lack of cooperation on the part of Peralta, or to any evidence indicating that Peralta was less than truthful in his cooperation. The government’s inability to develop sufficient evidence of the brother-in-law’s participation stemmed primarily from the fact that the government could not locate the taxpayers on behalf of whom the brother-

in-law filed the false tax returns.

Indeed, in the government's view, the defendant's cooperation was both complete and truthful, both during his debriefings and appearance before the federal grand jury. Peralta also expressed his willingness to testify during the trial of his brother-in-law, in the event he was indicted.

Discussion

Section 5K1.1 of the United States Sentencing Guidelines provides that the Court may downwardly depart from the applicable guideline range when a defendant has provided substantial assistance to law enforcement authorities in the investigation or prosecution of another person who has committed an offense. A departure based upon substantial assistance to law enforcement rewards cooperation and encourages similarly situated defendants to come forward and provide truthful information about themselves and their accomplices. Without such cooperation, many crimes would go unprosecuted and unpunished.

In light of the defendant's good faith assistance to the government and the value of such assistance to the investigation of another individual, the defendant has, in our view, earned a downward departure in this case.

According to the sentencing guidelines calculations in his pre-sentence report, the defendant has a total offense level of 13 and is in a criminal history category I. His guideline range is 12 to 18 months. In view of his cooperation, the government recommends a 3-level departure as a reward for the defendant's cooperation and as an incentive for future defendants to cooperate. A 3-level departure, resulting in an offense level 10, would give rise to a guideline range of 6 to 12 months.

Conclusion

For the foregoing reasons, the government respectfully requests that this Court find that the defendant has provided substantial assistance to the government, and grant him a downward departure of 3 levels.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

/s/ Stephen G. Dambruch
Stephen G. Dambruch
Criminal Chief
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2008, I caused the within Government's Memorandum to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

John Bevilacqua, Esq.
380 Broadway
Providence, RI 02909

U.S. Probation Office
36 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

/s/ Stephen G. Dambruch
Stephen G. Dambruch
Criminal Chief
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: stephen.dambruch@usdoj.gov